**Opinion issued October 3, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00466-CV

———————————

## IN RE SHELL RETAIL AND CONVENIENCE OPERATIONS LLC, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator filed a petition for writ of mandamus challenging the trial court's order granting real party in interest Instafuel Sellers' Representative Wisam Nahhas' motion to compel the deposition of Peter Muschick, a non resident employee, to be taken in Houston, Texas. Relator moved for an emergency stay of the trial court's order, which this Court granted.

Relator has filed an agreed motion to dismiss this original proceeding as moot,[1] asserting that Instafuel's new counsel no longer seeks to depose Muschick in person in Houston and has agreed to depose him via remote electronic means. Relator states that the parties entered into a written agreement concerning Muschick's deposition via remote electronic means. Accordingly, relator asserts that there is no longer a controversy between the parties and relator and Instafuel jointly ask that this Court dismiss the mandamus.

The Court grants the motion and dismisses the proceeding. *See* TEX. R. APP. P. 42.1, 43.2(f). Any other pending motions are dismissed as moot. The stay granted by order of June 21, 2024 is lifted.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.

---

[1] The underlying case is *Instafuel LLC Sellers' Representative, Wisam Nahhas v. Shell Retail and Convenience Operations LLC*, cause number 2023-48496, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.